498 A.2d 869

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**George Alfred STRICKLER, III, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 1985.

Petition for Allowance of Appeal GRANTED, No. 87 W.D. Appeal Docket 1985.